UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON BEER CORPORATION,<br><br>        Plaintiff/Counter-defendant,<br><br>    v.<br><br>DONAGHY SALES, LLC,<br><br>        Defendant/Counterclaimant. | No. 1:23-cv-00674-KES-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 39) |

On December 17, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 39.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 18, 2024**          /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE